FILED
02 SEP 24 PM 2:16
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DENNIS D. NANKIVIL,
Plaintiff,

v. Case No. 3:02-cv-512-J-21TJC

LOCKHEED MARTIN CORPORATION,
and CIGNA GROUP INSURANCE,
Defendants.
_______________________________/

PLAINTIFF'S MOTION TO COMPEL DEFENDANT LOCKHEED MARTIN CORP. TO COMPLY WITH NUMBER 4 ORAL DEPOSITIONS OF THE CONSOLIDATED CASE MANAGEMENT REPORT

Plaintiff moves for an order to compell defendant "Lockheed" to comply with paragraph 4, page 2 of the CASE MANAGEMENT REPORT, Oral Depositions. Plaintiff as grounds says:

1. Plaintiff attaches as exhibit page 2 of proposed report which was so kindly prepared by attorney Russell Hamilton III who reprsents defendant "Lockheed".

2. Plaintiff and defendant's counsel have conferred by phone on this matter.

3.Plaintiff does not want to limit the deposition off all defendants to a total time of 10 Hours of deposition.

4. Defendants are companies with employees who must be deposed.

5.10 Hours are insufficient.

6. Federal Rules of Civil Procedure Rule 30 Depositions Upon Oral Examination has no limit of time and states a party does not 11

need leave of court.

## MEMORANDUM OF LAW

In the case Romine v. Parman, 831 F.2d 944(10th Cir. 1987) the court said" the Federal Rules of Evidence should be applied in a diversity case in federal court to determine whether evidence is relevant or prejudicial" [Note 6,p. 428,].

and Fed. R. Evid, 403(1975) "Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by consideration of undue delay, waste of time, or needless presentation of cumulative evidence"

is applied pre trial or at trial, the mere assertion by defendant's counsel that plaintiff's refusal to agree to a 10 hour limitation on oral discovery would cause harrassement and a waste of time does not create a rule violation.

WHERETOFORE, Plaintiff moves for an order to enforce his rights to discovery through oral deposition.

Dennis D. Nankivil

Dennis D. Nankivil

P.O. Box 50997

Jacksonville Beach,Fl. 32240

1-904 543 8850

I HEREBY CERTIFY that a copy has been mailed to W.R. HamiltonIII, 5300 First Union Financial Center 200 South Biscayne Boulevard, MiamiFlorida 33131-2339 and Joseph T Kissane, 50 North Laura Suite 1800,Jacksonville, Florida 32202 on day 24th of September 2002

Dennis D. Nankivil

Dennis D. Nankivil
P.O Box 50997
Jacksonville, Fl 32240

Number of Requests for Admission: Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed.R. Civ.P. 26(b)(2). Any such request must be presented by motion. See paragraph 6 below.

(2) Written Interrogatories:

Number of Interrogatories: Local Rule 3.03(a) provides "[u]nless otherwise permitted by the Court for cause shown, no party shall serve upon any other party, at one time or cumulatively, more than twenty-five (25) written interrogatories pursuant to Rule 33, Fed.R.Civ.P., including all parts and subparts." Any request by Plaintiff to exceed this limit must be presented by motion. See paragraph 6 below.

(3) Requests for Production or Inspection:

(4) Oral Depositions:

**In accordance with Rule 26(b)(2), the parties have stipulated and request the Court to limit the time permitted for the conduct of: the deposition of Plaintiff to no more than ten (10) hours of actual deposition time (with no more than seven (7) hours of actual deposition time in a single day); the depositions of all Defendants' Rule 26(b)(6) designee(s) to no more than ten (10) hours of deposition time in total (with no more than seven (7) hours of actual deposition time in one day); and all other individuals/entities to no more than two (2) hours of actual deposition time unless extended by agreement of the parties.**

Number of Depositions: Local Rule 3.02(b) provides, "[i]n accordance with Fed.R.Civ.P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court." Any request by Plaintiff to exceed this limit must be presented by motion. See paragraph 6 below.

Time Permitted for Each Deposition, in accordance with Fed.R.Civ.P. 30(d), is limited to one day of seven hours, unless extended by stipulation of the parties or order of the Court.



DRAFT